# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Lashaunna D. McConnell,<br><br>        Plaintiff,<br><br>v.<br><br>Jeff Davis, John Davis, and US Beef Corp.,<br><br>        Defendants. | Case No. 18-CIV-002-JHP |

## ORDER

Before the court are the following:

1. Motion to Dismiss or in the Alternative Motion to Transfer Venue by Jeff Davis and John Davis [Docket No. 13];

2. Motion to Dismiss or in the Alternative Motion to Transfer Venue by US Beef Corp. [Docket No. 15]; and,

3. Motion to Have Venue Remain as is and all motions to dismiss rejected and date for hearing to be set as soon as possible by Plaintiff [Docket No. 20].

Responses and replies to the motions are also filed [Docket Nos. 21, 25, 26, and 27]. In Plaintiff's responses, she states that she has no objection to the motions to transfer venue [Docket No. 25, 26].

Plaintiff is proceeding *pro se* in this matter. The court construes liberally the pleadings of all *pro se* litigants. *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Plaintiff lives in Broken Arrow, Tulsa County, Oklahoma. All defendants are located in Tulsa, Tulsa County, Oklahoma. Upon review of the Complaint, the court finds no allegations that establish that any of the events giving rise to Plaintiff's claims took place within this district. Thus, the court finds that venue is improper in this district. However, the court finds that the operative events occurred within the Northern District of Oklahoma, which is a proper venue for this action.

To cure a venue defect, the court is authorized to transfer this case "to any district or division in which it could have been brought." *See* 28 U.S.C. § 1406(a). Defendants' motions in the alternative to transfer venue [Docket Nos. 13 and 15] are GRANTED. Plaintiff's motion to have venue remain [Docket No. 20] is DENIED. This matter is therefore transferred to the Northern District of Oklahoma.

Dated this 4th day of September, 2018.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma